

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00232-CV

In re S.W.  § From the 233rd District Court

§ of Tarrant County (233-305590-00)

§ August 28, 2015

§ Per Curiam

## JUDGMENT

The court has considered relator S.W.'s petition for writ of habeas corpus and is of the opinion that relief should be granted. Accordingly, we order S.W. discharged immediately from custody, and we order S.W. and any sureties discharged from all obligations on S.W.'s bond.

It is ordered that real party in interest P.W. pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM